**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-7372**

―――――――――

HOWARD E. SIMMS,

Petitioner - Appellant,

versus

THOMAS CORCORAN; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
97-1218-DKC)

―――――――――

Submitted: February 26, 1998        Decided: March 18, 1998

―――――――――

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Howard E. Simms, Appellant Pro Se. John Joseph Curran, Jr., Attor-
ney General, Annabelle Louise Lisic, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Simms v. Corcoran</u>, No. CA-97-1218-DKC (D. Md. Sept. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>